UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. MEY, et al.,<br><br>　　　　　Defendants. | No. 2: 20-cv-1474 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a preliminary injunction. (ECF No. 13.)

Plaintiff is housed at Mule Creek State Prison ("MCSP"). All defendants are located at High Desert State Prison ("HDSP").

In the pending motion, plaintiff requests an order directing defendants to prepare a report detailing the measures they took regarding plaintiff's claim that they failed to permit plaintiff to identify the names of the inmates who threatened him while he was housed at Kern Valley State Prison ("KVSP"). Plaintiff also requests an order directing MCSP to permit plaintiff to choose his meals at random.

Plaintiff's request for information regarding the measures defendants took regarding plaintiff's safety concerns while he was housed at HDSP is more appropriately raised in a

1

discovery motion.  To the extent plaintiff seeks injunctive relief regarding his safety concerns while housed at HDSP, plaintiff's claims for injunctive relief are moot because he is no longer housed at HDSP.  See Weinstein v. Bradford, 423 U.S. 147, 149 (1975); Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995).

With regard to plaintiff's request to choose his meals at random, no defendants are located at MCSP.  Therefore, plaintiff is seeking injunctive relief against individuals who are not named as defendants in this action.  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's August 27, 2020 motion for a preliminary injunction (ECF No. 13) be denied

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lam1474.tro