UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>                    Plaintiff,<br><br>          v.<br><br>S. MEY, et al.,<br><br>                    Defendants. | No. 2: 20-cv-1474 TLN KJN P<br><br><br><br>ORDER |

Pending before the court is defendants' November 10, 2020 motion for an extension of time to file a response to plaintiff's amended complaint. (ECF No. 22.) Defendants request that the deadline to file a response be continued until sixty days after the October 1, 2020 findings and recommendations, recommending dismissal of some claims raised in the amended complaint, are reviewed by District Judge Nunley.

On November 9, 2020, Judge Nunley adopted the October 1, 2020 findings and recommendations addressing the claims raised in the amended complaint. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' November 10, 2020 motion for an extension of time (ECF No. 22) is granted in part;

////

////

1

2. Defendants shall file a response to plaintiff's amended complaint within thirty days of the date of this order.

Dated: November 12, 2020

Lam1474.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE