UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. MEY, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-1474 TLN KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the June 30, 2021 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 49) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  July 21, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lamo1474.36