UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | No. 2: 20-cv-01474-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| S. MEY, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 30, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 48.) On August 19, 2021, Plaintiff was granted a forty-five days extension of time to file objections to the findings and recommendations. (ECF No. 56.) Forty-five days passed and plaintiff did not file objections. On October 5, 2021, Defendants filed a notice of supplemental authority. (ECF No. 57.)

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

1. The findings and recommendations filed June 30, 2021, (ECF No. 48), are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status, (ECF No. 38), is GRANTED; Plaintiff is ordered to pay the filing fee within thirty days of the date of this order.

Dated: November 01, 2021

_____
Troy L. Nunley
United States District Judge