UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>            Plaintiff,<br><br>      v.<br><br>S. MEY, et al.,<br><br>            Defendants. | No.  2:20-cv-01474-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner, proceeds *pro se* with this civil rights action seeking relief under 42 U.S.C. § 1983.  On November 2, 2021, the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $402.00 filing fee within thirty days.  (ECF No. 58.)  Thirty days passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  Fed. R. Civ. P. 41(b).

**DATED: January 10, 2022**

Troy L. Nunley
United States District Judge

1